UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Riza Selenica,                                              Civil 06-1585 JNE/FLN

        Petitioner,

    v.                                                 O R D E R

R. L. Morrison, Warden,

        Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 25, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that to the extent petitioner seeks an order that the Bureau of Prisons reconsider the length of time petitioner should be assigned to an RRC pursuant to the factors set forth in 18 U.S.C. Section 362(b), the petition is GRANTED. *See Fults*, 442 F.3dat 1190.  To the extent that petitioner seeks an immediate assignment to an RRC, the petition is DENIED.

DATED: June 19, 2006.                    s/ Joan N. Ericksen_____
at Minneapolis, Minnesota                 JUDGE JOAN N. ERICKSEN
                                          United States District Court